IN THE SUPREME COURT OF THE STATE OF MONTANA

IN RE 1998 RULES FOR ) 
ADMISSION TO THE BAR )     O R D E R
OF MONTANA )

This Court has been advised that the State Bar of Montana is imposing a $100 "late fee" to petitioners granted permission by this Court to submit late applications to sit for the February, 2000 Montana Bar Examination. The State Bar is proceeding on the authority granted it by the former Rules for Admission to the Bar of the State of Montana effective January 17, 1991, which allowed a "late tiling penalty of $100.00" for applications postmarked or hand delivered after the deadline for accepting applications.

The Court is mindful of the accelerated effort required by the State Bar when a petitioner is granted permission to file a late application to sit for a bar examination. However, effective November 17, 1998, this Court amended the Rules for Admission to the Bar of Montana and the current Rules make no provision for a "late filing penalty of $100.00."

Whereas the Rules for Admission to the Bar of the State of Montana effective November 17, 1998, no longer provide for a "late tiling penalty,"

IT IS ORDERED that the State Bar of Montana refund any late filing fees it has collected from petitioners granted permission by this Court to tile a late application to sit for the February, 2000, bar examination.

FILED

DEC 2 2 1999

Ed Smith

IT IS FURTHER ORDERED that the Clerk of this Court mail a true copy hereof to

the State Bar of Montana.

DATED this 22 day of December, 1999.

_____
Chief Justice

_____

_____

_____

_____

_____
Justices

2

December 22, 1999

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the attached document was sent by United States mail, prepaid, to the following named:

STATE BAR OF MONTANA
PO BOX 577
HELENA  MT  59624

ED SMITH
CLERK OF THE SUPREME COURT

STATE OF MONTANA

BY:_____
Deputy